**FILED**

July 30, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )
                                          )
WILLIAM JAMES MOORE,                      )
                                          )
            Defendant.                    )

Case No. MAG. 07-0238-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM JAMES MOORE, Case No. MAG.

07-0238-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $50,000.00.

       ___    Unsecured Appearance Bond

       ___    Appearance Bond with 10% Deposit

       _X_    Appearance Bond

       _X_    (Other)  Conditions as stated on the record.

       _X_    (Other)  Defense counsel is to file the bond paperwork by 08/13/07. The Defendant is

ordered released forthwith pending the filing of the bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _07/30/07_ at _3:05 pm._

                                          By _____
                                             Edmund F. Brennan
                                             United States Magistrate Judge